IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR340 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMIE CRAGER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Plaintiff's Motion to Continue Trial [42]. Counsel for the government states that the parties continue to engage in active discussion of a resolution in this matter and additional time is needed to continue these discussions. Defendant's counsel does not object to the trial in this matter being continued. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, now set for November 1, 2021, is continued to **February 1, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 1, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** September 3, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge