IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR340 |
| vs. | ORDER |
| JAMIE L. CRAGER, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion to Dismiss, Filing No. 62. The Court finds the motion should be granted.

IT IS ORDERED that the Plaintiff's Motion to Dismiss, Filing No. 62, is granted. The Indictment is dismissed without prejudice.

Dated this 26th day of August, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge